In the Matter of the Claim of VINCENT SLESEVICH, Respondent, against GENERAL BOX COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respond-ent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain an award for the loss of use of the entire finger. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of ALBERT LANNI and Another, Respondents, against AMSTERDAM BUILDING COMPANY and Another, Appellants. STATE INDUS-TRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of BENJAMIN BARSHA, Respondent, against LEVER CONSTRUCTION Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of OLIVER BARREAU, Respondent, against LINCOLN ALLIANCE BANK and Another, Appellants. STATE INDUSTRIAL BOARD, Respond-ent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to support the finding that the claimant sustained an injury in the nature of a severe contusion of the chest. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of JOHN CHUDOMEL, Respondent, against WEBER BUNKE LANGE COAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ELIZABETH ANKENBRAND, Respondent, against CROSS, AUSTIN & IRELAND LUMBER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARGARET KELLY, Respondent, against JAMES J. KELLY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.